United States Bankruptcy Court

Middle District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 17-01654-HWV |
| Francis D Miller | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

District/off: 0314-1  User: AutoDocke  Page 1 of 2
Date Rcvd: May 02, 2022  Form ID: pdf010  Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol   Definition**
+   Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 04, 2022:**

**Recip ID     Recipient Name and Address**
+   KINSLEY CONSTRUCTION INC., PO BOX 2886, YORK, PA 17405-2886

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 04, 2022          Signature:     /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 2, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Jack N Zaharopoulos (Trustee) | TWecf@pamd13trustee.com |
| Jerome B Blank | on behalf of Creditor Pennymac Loan Services  LLC pamb@fedphe.com |
| John Michael Kolesnik, III | on behalf of Creditor Pennymac Loan Services  LLC jkolesnik@mwc-law.com |
| Mario J. Hanyon | on behalf of Creditor Pennymac Loan Services  LLC wbecf@brockandscott.com, mario.hanyon@brockandscott.com |
| Mario John Hanyon | on behalf of Creditor Pennymac Loan Services  LLC pamb@fedphe.com, mario.hanyon@brockandscott.com |
| Marisa Myers Cohen | on behalf of Creditor Pennymac Loan Services  LLC ecfmail@mwc-law.com |

| Name | | |
|---|---|---|
| Nicholas G. Platt | on behalf of Debtor 1 Francis D Miller | ngp@mooney4law.com plattnr61895@notify.bestcase.com |
| Rebecca Ann Solarz | on behalf of Creditor Pennymac Loan Services LLC | bkgroup@kmllawgroup.com |
| Robert Joseph Davidow | on behalf of Creditor Pennymac Loan Services LLC | r.davidow@mgplaw.com |
| Thomas Song | on behalf of Creditor Pennymac Loan Services LLC | tomysong0@gmail.com |
| United States Trustee | | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 11

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: FRANCIS D. MILLER : CASE NO.: 1:17-01654
      DEBTOR :
: CHAPTER 13

## ORDER TO PAY TRUSTEE

Upon consideration of the Motion for Wage Attachment, it is hereby ORDERED that until further Order of this Court, the entity from whom the Debtor, Francis D Miller receives income:

**KINSLEY CONSTRUCTION INC.**
**P.O. BOX 2886**
**YORK, PA 17405**

shall deduct from said income the sum of $2,190.00 from each monthly pay check, or $1,095.00 from each bi-monthly pay check, or $1,010.77 from each bi-weekly pay check, or $505.38 from each weekly pay check, as appropriate, beginning on the next pay day following receipt of this Order and deduct a similar amount each pay period thereafter, including any period from which the Debtor receives a periodic or lump sum payment as a result of vacation, termination, or other benefits arising out of present or past employment, or from any other benefits payable to the Debtor and to remit the deductible sums to:

**JACK N. ZAHAROPOULOS**
**CHAPTER 13 TRUSTEE**
**PO BOX 6008**
**MEMPHIS, TN 38101-6008**

Also upon consideration of the Motion for Wage Attachment, it is hereby ORDERED that until further Order of this Court, the entity from whom the Joint Debtor, Patty Annette Goins receives income:

**IT IS FURTHER ORDERED** that the employer shall change the amount of the monthly remittance to the Trustee in the future, if the Employer is directed to do so in writing, either by the Trustee or by the Debtor's counsel and to continue the monthly wage attachment until the Employer is directed in writing to discontinue the attachment, either by the Trustee or Debtor's counsel.

**IT IS FURTHER ORDERED** that the entity from whom the Debtor receives income shall notify the Trustee if the Debtor's income is terminated and the reason therefore.

**IT IS FURTHER ORDERED** that all remaining income of the Debtor, except the amounts required to be withheld for taxes, social security, insurance, pension, or union dues be paid to the Debtor in accordance with the usual payment procedures.

**IT IS FURTHER ORDERED** that this Order shall terminate without further order upon certification that the obligation of the Debtor has been fulfilled, if it is not terminated by earlier order of this Court.

By the Court,

_____
Henry W. Van Eck, Chief Bankruptcy Judge
Dated: May 2, 2022