# UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:     FRANCIS D MILLER

                                   CHAPTER 13

           Debtor(s)

                              CASE NO: 1-17-01654-HWV

JACK N. ZAHAROPOULOS
CHAPTER 13 TRUSTEE
           Movant
vs.

FRANCIS D MILLER


           Respondent(s)

## TRUSTEE'S MOTION TO DISMISS CASE

AND NOW, comes Jack N. Zaharopoulos, Esquire, Standing Chapter 13 Trustee, through his attorney, Douglas R. Roeder, Esquire, and brings this Motion to Dismiss Case, a statement of which follows:

1.  Debtor(s) filed the above case on April 21, 2017.

2.  The plan obligates Debtor(s) to make monthly payments to the Trustee.

3.  The Trustee filed Motions to Dismiss Case for Material Default due to non-payment of these monthly payments on the following dates  -  08/14/2018, 03/11/2019, 09/09/2021

4.  Debtor(s) cured each of these defaults prior to the scheduled hearing and therefore avoided entering into a stipulation to maintain timely payments.

5. Debtor(s) is currently 3 months in default with arrearages of $6,479.24 through, along with their current regular monthly payment of $2,260.00, through May 19, 2022. The total arrearage amount therefore due is **$8,739.24.**

6.  The non-payment of Debtor's plan obligation is

    a.  a material default with respect to the confirmed plan; and

    b.  an unreasonable delay by Debtor that is prejudicial to creditors.

7.  Dismissal of the case is in the best interest of the creditors and the estate.

8.  Notice of hearing and other instructions are included with this Motion.

WHEREFORE, the Standing Chapter 13 Trustee requests this Court to dismiss the above case.


Dated:    <u>May 19, 2022</u>                                              Respectfully submitted,

<u>/s/    Douglas R. Roeder, Esquire</u>
<u>ID:  80016</u>
Attorney for Movant
Jack N. Zaharopoulos
Standing Chapter 13 Trustee
8125 Adams Drive, Suite A
Hummelstown, PA 17036
Phone:  (717) 566-6097
Fax:  (717) 566-8313
eMail: droeder@pamd13trustee.com

# UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:     FRANCIS D MILLER

                Debtor(s)                        CHAPTER 13
                                                    CASE NO: 1-17-01654-HWV

JACK N. ZAHAROPOULOS
CHAPTER 13 TRUSTEE
                Movant                        MOTION TO DISMISS
vs.
FRANCIS D MILLER

                Respondent(s)

## NOTICE

NOTICE IS HEREBY GIVEN THAT Jack N. Zaharopoulos, Standing Chapter 13 Trustee for the Middle District of Pennsylvania, through his attorney, Douglas R. Roeder, Esquire, has filed a Motion to Dismiss for failure to make timely payments pursuant to your Chapter 13 Plan.

YOU ARE HEREBY NOTICED that a HEARING with the Court has been scheduled on this motion. Any matters not resolved shall be heard at the dismissal hearing.

        June 15, 2022 at 09:35 AM
        Bankruptcy Courtroom
        Ronald Reagan Federal Bldg.
        3rd Floor, 228 Walnut Street
        Harrisburg, PA 17101

YOU ARE FURTHER NOTICED that you MUST attend the dismissal hearing unless one of the following takes place.

1.    You have entered into a valid stipulation with Trustee Zaharopoulos and that stipulation has been filed with the U.S. Bankruptcy Court.

2.     You have filed a voluntary conversion to Chapter 7 or a voluntary case dismissal with the U.S. Bankruptcy Court and have served a copy of that motion upon Trustee Zaharopoulos.

**FAILURE TO COMPLY WITH THE ABOVE WILL RESULT IN YOUR CHAPTER 13 CASE BEING CALLED FOR DISMISSAL HEARING WITH THE COURT ON THE DATE AND TIME AS SPECIFIED IN THIS NOTICE.  THIS MAY RESULT IN DISMISSAL OF YOUR CASE**.

Dated:     May 19, 2022                                      Respectfully submitted,

                                                                        /s/    Douglas R. Roeder, Esquire
                                                                        ID:  80016
                                                                        Attorney for Movant
                                                                        Jack N. Zaharopoulos
                                                                        Standing Chapter 13 Trustee
                                                                        8125 Adams Drive, Suite A
                                                                        Hummelstown, PA 17036
                                                                        Phone:  (717) 566-6097
                                                                        Fax:  (717) 566-8313
                                                                        eMail: droeder@pamd13trustee.com

UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:    FRANCIS D MILLER

                                        CHAPTER 13

            Debtor(s)

                                        CASE NO: 1-17-01654-HWV
        JACK N. ZAHAROPOULOS
        CHAPTER 13 TRUSTEE
                Movant                  MOTION TO DISMISS

        vs.

        FRANCIS D MILLER


            Respondent(s)

### CERTIFICATE OF SERVICE

I certify that I am more than 18 years of age and that on May 19, 2022, I served a copy of this Motion to Dismiss, Notice and Proposed Order on the following parties by 1st Class mail from Hummelstown, PA, unless served electronically.

        NICHOLAS G PLATT, ESQUIRE          Served electronically
        MOONEY LAW
        230 YORK STREET
        HANOVER, PA  17331-


        FRANCIS D MILLER                   Served by 1st Class Mail
        1461 ROHLERS CHURCH ROAD
        DOVER, PA  17315


        United States Trustee
        228 Walnut Street
        Suite 1190                         Served electronically
        Harrisburg, PA  17101


I certify under penalty of perjury that the foregoing is true and correct.

Date:  May 19, 2022                  /s/ Matt Arcuri
                                     for Jack N. Zaharopoulos, Trustee
                                     Suite A, 8125 Adams Dr.
                                     Hummelstown, PA  17036
                                     Phone:  (717) 566-6097
                                     eMail: info@pamd13trustee.com

IN RE:  FRANCIS D MILLER

                                                           CHAPTER 13

              Debtor(s)

                                                           CASE NO: 1-17-01654-HWV

JACK N. ZAHAROPOULOS
CHAPTER 13 TRUSTEE
              Movant                                       MOTION TO DISMISS

vs.

FRANCIS D MILLER

              Respondent(s)

## ORDER DISMSSING CASE

Upon consideration of the Trustee's Motion to Dismiss, it is hereby Ordered that the above-captioned bankruptcy be and hereby is dismissed.  The Court retains jurisdiction to rule on any timely filed fee application.