United States Bankruptcy Court

Middle District of Pennsylvania

In re:                                                                                    Case No. 17-01654-HWV

Francis D Miller                                                                Chapter 13

     Debtor

# CERTIFICATE OF NOTICE

District/off: 0314-1                                    User: AutoDocke                                    Page 1 of 2

Date Rcvd: May 24, 2022                        Form ID: nthrgreq                              Total Noticed: 1

The following symbols are used throughout this certificate:

**Symbol**      **Definition**

\+              Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 26, 2022:**

**Recip ID**           **Recipient Name and Address**
db                 + Francis D Miller, 1461 Rohlers Church Road, Dover, PA 17315-2221

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 26, 2022           Signature:         /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 24, 2022 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Jack N Zaharopoulos (Trustee) | TWecf@pamd13trustee.com |
| Jerome B Blank | on behalf of Creditor Pennymac Loan Services  LLC pamb@fedphe.com |
| John Michael Kolesnik, III | on behalf of Creditor Pennymac Loan Services  LLC jkolesnik@mwc-law.com |
| Mario J. Hanyon | on behalf of Creditor Pennymac Loan Services  LLC wbecf@brockandscott.com, mario.hanyon@brockandscott.com |
| Mario John Hanyon | on behalf of Creditor Pennymac Loan Services  LLC pamb@fedphe.com, mario.hanyon@brockandscott.com |
| Marisa Myers Cohen | on behalf of Creditor Pennymac Loan Services  LLC ecfmail@mwc-law.com |

Nicholas G. Platt

         on behalf of Debtor 1 Francis D Miller ngp@mooney4law.com  plattnr61895@notify.bestcase.com

Rebecca Ann Solarz

         on behalf of Creditor Pennymac Loan Services  LLC bkgroup@kmllawgroup.com

Robert Joseph Davidow

         on behalf of Creditor Pennymac Loan Services  LLC r.davidow@mgplaw.com

Thomas Song

         on behalf of Creditor Pennymac Loan Services  LLC tomysong0@gmail.com

United States Trustee

         ustpregion03.ha.ecf@usdoj.gov


TOTAL: 11

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

Francis D Miller

**Debtor 1**

Chapter: 13

Case number: 1:17−bk−01654−HWV

Document Number: 66

Matter: Motion to Modify Chapter 13 Plan

Francis D Miller
**Movant(s)**

vs.

Jack N Zaharopoulos, Chapter 13 Trustee
**Respondent(s)**

| Notice |
| --- |

Notice is hereby given that:

This Bankruptcy Petition was filed on April 21, 2017.

A hearing on the above referenced matter has been scheduled for:

| United States Bankruptcy Court Ronald Reagan Federal Building, Bankruptcy Courtroom (3rd Floor), Third & Walnut Streets, Harrisburg, PA 17101 | Date: 6/15/22 Time: 09:30 AM |
| --- | --- |

Initial requests for a continuance of hearing ( *L.B.F. 9013−4, Request to Continue Hearing/Trial with Concurrence)* shall be filed with the Court. Requests received by the Court within twenty−four (24) hours of the hearing will not be considered except in emergency situations. Additional requests for continuance must be filed as a Motion.

Requests to participate in a hearing remotely shall be made in accordance with L.B.R. 9074−1.

Electronic equipment, including cell phones, pagers, laptops, etc., will be inspected upon entering the Courthouse. These devices may be used in common areas and should be turned to silent operation upon entering the Courtroom and Chambers.

Photo identification is required upon entering the Courthouse.

| **Address of the Bankruptcy Clerk's Office:** Ronald Reagan Federal Building 228 Walnut St, Rm 320 Harrisburg, PA 17101−1737 (717) 901−2800 | **For the Court:** Terrence S. Miller Clerk of the Bankruptcy Court: By: ChristinaKovach, Deputy Clerk |
| --- | --- |
| Hours Open: Monday − Friday 9:00 AM − 4:00 PM | Date: May 24, 2022 |

nthrgreq(02/19)