# UNITED STATES BANKRUPTCY COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

Re:   Francis D Miller

                 Case No.: 1-17-01654HWV

                   Chapter 13

**Debtor(s)**

## NOTICE OF FINAL CURE PAYMENT

According to Bankruptcy Rule 3002.1(f), the trustee gives notice that the amount required to cure the pre-petition and post-petition default in the claim below has been paid in full and the debtor(s) have completed all payments under the plan.

**PART 1:  MORTGAGE INFORMATION**

| | |
|---|---|
| Creditor Name: | PennyMac Loan Servicing |
| Court Claim Number: | 2 |
| Last Four of Loan Number: | 4484 |
| Property Address if applicable: | 1461 Rohlers Church Rd |

**PART 2:  CURE AMOUNT**

**Total cure disbursement made by the trustee:**

| | | |
|---|---|---|
| a. | Allowed prepetition arrearages: | $82,277.94 |
| b. | Prepetition arrearages paid by the trustee: | $82,277.94 |
| c. | Amount of postpetition fees, expenses, and charges recoverable under Bankruptcy Rule 3002.1(c): | $0.00 |
| d. | Amount of postpetition fees, expenses, and charges recoverable under Bankruptcy Rule 3002.1(c) and paid by the trustee: | $0.00 |
| e. | Allowed postpetition arrearage: | $8,184.21 |
| f. | Postpetition arrearage paid by the trustee: | $8,184.21 |
| g. | Total b, d, and f: | $90,462.15 |

**PART 3:  POSTPETITION MORTGAGE PAYMENT**

Mortgage is paid through the trustee.

| | |
|---|---|
| Current monthly mortgage payment: | $1,411.94 |
| The next postpetition payment was due on: | May 2023 |

**PART 4:  A RESPONSE IS REQUIRED BY BANKRUPTCY RULE 3002.1(g)**

Under Bankruptcy Rule 3002.1(g), the creditor must file and serve on the debtor(s), their counsel, and the trustee, within 21 days after service of this notice, a statement indicating whether the creditor agrees that the debtor(s) have paid in full the amount required to cure the default and stating whether the debtor(s) have (i) paid all outstanding postpetition fees, costs

and escrow amounts due, and (ii) consistent with §1322(b)(5) of the Bankruptcy Code, are current on all postpetition payments as of the date of the response. Failure to file and serve the statement may subject creditor to further action of the court, including possible sanctions.

To assist in reconciling the claim, a history of payments made by the trustee is attached to copies of this notice sent to the debtor(s) and the creditor.

Dated: May 25, 2023 Respectfully submitted,

/s/ Jack N. Zaharopoulos
Standing Chapter 13 Trustee
Suite A, 8125 Adams Drive
Hummelstown, PA 17036
Phone: (717) 566-6097
Fax: (717) 566-8313
email: info@pamd13trustee.com

# UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:   Francis D Miller                                          CHAPTER 13
                    Debtor(s)
                                                                    CASE NO: 1-17-01654HWV

## CERTIFICATE OF SERVICE

I certify that I am more than 18 years of age and that on May 25, 2023, I served a copy of this Notice of Final Cure Payment on the following parties by 1st Class mail from Hummelstown, PA, unless served electronically.

**Served Electronically**
Nicholas G. Platt, Esquire
Mooney Law
230 York St
Hanover PA 17331

**Served by First Class Mail**
PennyMac Loan Servicing, Inc
6101 Condor Dr
Suite 200
Moorpark CA 93021
Francis D Miller
1461 Rohlers Church Rd
Dover PA 17315

I certify under penalty of perjury that the foregoing is true and correct.

Date:  May 25, 2023                         /s/  Liz Joyce
                                            Office of the Standing Chapter 13 Trustee
                                            Jack N. Zaharopoulos
                                            Suite A, 8125 Adams Dr.
                                            Hummelstown, PA  17036
                                            Phone:  (717) 566-6097
                                            email: info@pamd13trustee.com

# Disbursements for Claim

**Case:** 17-01654    **FRANCIS D MILLER**

**PENNYMAC LOAN SERVICES, LLC**
PO BOX 660929

DALLAS, TX  75266-0929

Acct No: 4484

Sequence: 07
Modify:
Filed Date:
Hold Code:

|  |  |  |  |  |
|---|---|---|---|---|
| Amt Sched: $0.00 | Debt: $73,093.10 | Interest Paid: $0.00 |
| Amt Due: $1,411.94 | Paid: $73,093.10 | Accrued Int: $0.00 |
|  |  | Balance Due: $0.00 |

| Claim | name | Type | Date | Check # | Principal | Interest | Total | Reconciled |
|---|---|---|---|---|---|---|---|---|
|  |  |  |  |  |  |  | DisbDescrp |  |

**5010    PENNYMAC LOAN SERVICES, LLC**

| Claim | name | Date | Check # | Principal | Interest | Total | Reconciled |
|---|---|---|---|---|---|---|---|
| 501-0 | PENNYMAC LOAN SERVICES, LLC | 04/18/2023 | 2024100 | $1,411.94 | $0.00 | $1,411.94 | 04/28/2023 |
|  | Payment for 4/2023 |  |  |  |  |  |  |
| 501-0 | PENNYMAC LOAN SERVICES, LLC | 03/15/2023 | 2023073 | $1,411.94 | $0.00 | $1,411.94 | 03/28/2023 |
|  | Payment for 3/2023 |  |  |  |  |  |  |
| 501-0 | PENNYMAC LOAN SERVICES, LLC | 02/15/2023 | 2022068 | $1,411.94 | $0.00 | $1,411.94 | 02/23/2023 |
|  | Payment for 2/2023 |  |  |  |  |  |  |
| 501-0 | PENNYMAC LOAN SERVICES, LLC | 01/18/2023 | 2021067 | $1,411.94 | $0.00 | $1,411.94 | 02/01/2023 |
|  | Payment for 1/2023 |  |  |  |  |  |  |
| 501-0 | PENNYMAC LOAN SERVICES, LLC | 12/13/2022 | 2020071 | $1,411.94 | $0.00 | $1,411.94 | 12/27/2022 |
|  | Payment for 12/2022 |  |  |  |  |  |  |
| 501-0 | PENNYMAC LOAN SERVICES, LLC | 11/16/2022 | 2019117 | $1,411.94 | $0.00 | $1,411.94 | 12/19/2022 |
|  | Payment for 9/2022 |  |  |  |  |  |  |
| 501-0 | PENNYMAC LOAN SERVICES, LLC | 11/16/2022 | 2019117 | $1,411.94 | $0.00 | $1,411.94 | 12/19/2022 |
|  | Payment for 10/2022 |  |  |  |  |  |  |
| 501-0 | PENNYMAC LOAN SERVICES, LLC | 11/16/2022 | 2019117 | $1,411.94 | $0.00 | $1,411.94 | 12/19/2022 |
|  | Payment for 11/2022 |  |  |  |  |  |  |
| 501-0 | PENNYMAC LOAN SERVICES, LLC | 10/18/2022 | 2018081 | $1,411.94 | $0.00 | $1,411.94 | 11/03/2022 |
|  | Payment for 7/2022 |  |  |  |  |  |  |
| 501-0 | PENNYMAC LOAN SERVICES, LLC | 10/18/2022 | 2018081 | $1,411.94 | $0.00 | $1,411.94 | 11/03/2022 |
|  | Payment for 8/2022 |  |  |  |  |  |  |
| 501-0 | PENNYMAC LOAN SERVICES, LLC | 09/13/2022 | 2017014 | $1,600.26 | $0.00 | $1,600.26 | 09/26/2022 |
|  | Payment for 5/2022 |  |  |  |  |  |  |
| 501-0 | PENNYMAC LOAN SERVICES, LLC | 08/17/2022 | 2016005 | $1,411.94 | $0.00 | $1,411.94 | 08/26/2022 |
|  | Payment for 5/2022 |  |  |  |  |  |  |
| 501-0 | PENNYMAC LOAN SERVICES, LLC | 08/17/2022 | 2016005 | $1,600.26 | $0.00 | $1,600.26 | 08/26/2022 |
|  | Payment for 3/2022 |  |  |  |  |  |  |
| 501-0 | PENNYMAC LOAN SERVICES, LLC | 08/17/2022 | 2016005 | $1,600.26 | $0.00 | $1,600.26 | 08/26/2022 |
|  | Payment for 4/2022 |  |  |  |  |  |  |

| Claim | name | Type | Date | Check # | Principal | Interest | Total | Reconciled |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | DisbDescrp | |
| 501-0 | PENNYMAC LOAN SERVICES, LLC | | 07/13/2022 | 2014933 | $1,600.26 | $0.00 | $1,600.26 | 07/26/2022 |
| | | | | | Payment for 2/2022 | | | |
| 501-0 | PENNYMAC LOAN SERVICES, LLC | | 06/14/2022 | 2013966 | $1,600.26 | $0.00 | $1,600.26 | 06/30/2022 |
| | | | | | Payment for 1/2022 | | | |
| 501-0 | PENNYMAC LOAN SERVICES, LLC | | 05/17/2022 | 2012935 | $1,600.26 | $0.00 | $1,600.26 | 05/25/2022 |
| | | | | | Payment for 12/2021 | | | |
| 501-0 | PENNYMAC LOAN SERVICES, LLC | | 01/19/2022 | 2008880 | $1,600.26 | $0.00 | $1,600.26 | 01/27/2022 |
| | | | | | Payment for 11/2021 | | | |
| 501-0 | PENNYMAC LOAN SERVICES, LLC | | 12/15/2021 | 2007864 | $1,600.26 | $0.00 | $1,600.26 | 12/24/2021 |
| | | | | | Payment for 10/2021 | | | |
| 501-0 | PENNYMAC LOAN SERVICES, LLC | | 11/16/2021 | 2006840 | $1,600.26 | $0.00 | $1,600.26 | 12/01/2021 |
| | | | | | Payment for 9/2021 | | | |
| 501-0 | PENNYMAC LOAN SERVICES, LLC | | 10/14/2021 | 2005811 | $1,600.26 | $0.00 | $1,600.26 | 10/25/2021 |
| | | | | | Payment for 8/2021 | | | |
| 501-0 | PENNYMAC LOAN SERVICES, LLC | | 09/14/2021 | 2004765 | $1,600.26 | $0.00 | $1,600.26 | 09/30/2021 |
| | | | | | Payment for 7/2021 | | | |
| 501-0 | PENNYMAC LOAN SERVICES, LLC | | 07/14/2021 | 2002692 | $1,600.26 | $0.00 | $1,600.26 | 07/29/2021 |
| | | | | | Payment for 6/2021 | | | |
| 501-0 | PENNYMAC LOAN SERVICES, LLC | | 06/16/2021 | 2001717 | $1,471.82 | $0.00 | $1,471.82 | 06/30/2021 |
| | | | | | Payment for 5/2021 | | | |
| 501-0 | PENNYMAC LOAN SERVICES, LLC | | 04/15/2021 | 1229331 | $1,471.82 | $0.00 | $1,471.82 | 04/27/2021 |
| | | | | | Payment for 4/2021 | | | |
| 501-0 | PENNYMAC LOAN SERVICES, LLC | | 04/15/2021 | 1229331 | $1,471.82 | $0.00 | $1,471.82 | 04/27/2021 |
| | | | | | Payment for 3/2021 | | | |
| 501-0 | PENNYMAC LOAN SERVICES, LLC | | 02/17/2021 | 1227306 | $1,471.82 | $0.00 | $1,471.82 | 03/03/2021 |
| | | | | | Payment for 2/2021 | | | |
| 501-0 | PENNYMAC LOAN SERVICES, LLC | | 01/19/2021 | 1226288 | $1,471.82 | $0.00 | $1,471.82 | 02/04/2021 |
| | | | | | Payment for 1/2021 | | | |
| 501-0 | PENNYMAC LOAN SERVICES, LLC | | 12/10/2020 | 1224504 | $1,471.82 | $0.00 | $1,471.82 | 12/24/2020 |
| | | | | | Payment for 11/2020 | | | |
| 501-0 | PENNYMAC LOAN SERVICES, LLC | | 12/10/2020 | 1224504 | $1,471.82 | $0.00 | $1,471.82 | 12/24/2020 |
| | | | | | Payment for 12/2020 | | | |
| 501-0 | PENNYMAC LOAN SERVICES, LLC | | 10/15/2020 | 1222731 | $1,471.82 | $0.00 | $1,471.82 | 10/26/2020 |
| | | | | | Payment for 10/2020 | | | |
| 501-0 | PENNYMAC LOAN SERVICES, LLC | | 09/17/2020 | 1221735 | $1,471.82 | $0.00 | $1,471.82 | 09/30/2020 |
| | | | | | Payment for 9/2020 | | | |
| 501-0 | PENNYMAC LOAN SERVICES, LLC | | 08/12/2020 | 1220675 | $1,471.82 | $0.00 | $1,471.82 | 08/31/2020 |
| | | | | | Payment for 7/2020 | | | |
| 501-0 | PENNYMAC LOAN SERVICES, LLC | | 08/12/2020 | 1220675 | $1,471.82 | $0.00 | $1,471.82 | 08/31/2020 |
| | | | | | Payment for 8/2020 | | | |

| Claim | name | Type | Date | Check # | Principal | Interest | Total | Reconciled |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | DisbDescrp | |
| 501-0 | PENNYMAC LOAN SERVICES, LLC | | 07/07/2020 | 1219629 | $1,471.82 | $0.00 | $1,471.82 | 07/28/2020 |
| | | | | | Payment for 6/2020 | | | |
| 501-0 | PENNYMAC LOAN SERVICES, LLC | | 06/02/2020 | 1218602 | $1,485.17 | $0.00 | $1,485.17 | 06/12/2020 |
| | | | | | Payment for 5/2020 | | | |
| 501-0 | PENNYMAC LOAN SERVICES, LLC | | 04/14/2020 | 1216610 | $1,485.17 | $0.00 | $1,485.17 | 04/29/2020 |
| | | | | | Payment for 4/2020 | | | |
| 501-0 | PENNYMAC LOAN SERVICES, LLC | | 03/12/2020 | 1215332 | $1,485.17 | $0.00 | $1,485.17 | 04/01/2020 |
| | | | | | Payment for 3/2020 | | | |
| 501-0 | PENNYMAC LOAN SERVICES, LLC | | 02/13/2020 | 1214019 | $1,485.17 | $0.00 | $1,485.17 | 03/02/2020 |
| | | | | | Payment for 2/2020 | | | |
| 501-0 | PENNYMAC LOAN SERVICES, LLC | | 01/16/2020 | 1212665 | $1,485.17 | $0.00 | $1,485.17 | 02/06/2020 |
| | | | | | Payment for 1/2020 | | | |
| 501-0 | PENNYMAC LOAN SERVICES, LLC | | 12/12/2019 | 1211303 | $1,485.17 | $0.00 | $1,485.17 | 12/26/2019 |
| | | | | | Payment for 12/2019 | | | |
| 501-0 | PENNYMAC LOAN SERVICES, LLC | | 11/07/2019 | 1209935 | $1,485.17 | $0.00 | $1,485.17 | 11/26/2019 |
| | | | | | Payment for 11/2019 | | | |
| 501-0 | PENNYMAC LOAN SERVICES, LLC | | 11/07/2019 | 1209935 | $1,485.17 | $0.00 | $1,485.17 | 11/26/2019 |
| | | | | | Payment for 10/2019 | | | |
| 501-0 | PENNYMAC LOAN SERVICES, LLC | | 10/10/2019 | 1208788 | $1,485.17 | $0.00 | $1,485.17 | 11/04/2019 |
| | | | | | Payment for 9/2019 | | | |
| 501-0 | PENNYMAC LOAN SERVICES, LLC | | 09/26/2019 | 1207667 | $1,485.17 | $0.00 | $1,485.17 | 10/29/2019 |
| | | | | | Payment for 7/2019 | | | |
| 501-0 | PENNYMAC LOAN SERVICES, LLC | | 09/26/2019 | 1207667 | $1,485.17 | $0.00 | $1,485.17 | 10/29/2019 |
| | | | | | Payment for 8/2019 | | | |
| 501-0 | PENNYMAC LOAN SERVICES, LLC | | 08/07/2019 | 1206181 | $1,485.17 | $0.00 | $1,485.17 | 08/16/2019 |
| | | | | | Payment for 6/2019 | | | |
| 501-0 | PENNYMAC LOAN SERVICES, LLC | | 07/11/2019 | 1204830 | $1,437.38 | $0.00 | $1,437.38 | 07/19/2019 |
| | | | | | Payment for 4/2019 | | | |
| 501-0 | PENNYMAC LOAN SERVICES, LLC | | 07/11/2019 | 1204830 | $1,437.38 | $0.00 | $1,437.38 | 07/19/2019 |
| | | | | | Payment for 5/2019 | | | |
| | | | | Sub-totals: | $73,093.10 | $0.00 | $73,093.10 | |
| | | | | Grand Total: | $73,093.10 | $0.00 | | |

# Disbursements for Claim

**Case:** 17-01654    **FRANCIS D MILLER**

**PENNYMAC LOAN SERVICES, LLC**

Sequence: 24
Modify:
Filed Date:
Hold Code:

P.O. BOX 660929
DALLAS, TX  75266-0929

Acct No:

06/19 2AP POST ARREARS ROHLERS CHURCH RD

|  | Amt Sched: | $173,147.00 | Debt: | $8,184.21 | Interest Paid: | $0.00 |
|---|---|---|---|---|---|---|
|  | Amt Due: | $0.00 | Paid: | $8,184.21 | Accrued Int: | $0.00 |
|  |  |  |  |  | Balance Due: | $0.00 |

| Claim | name | Type | Date | Check # | Principal | Interest DisbDescrp | Total | Reconciled |
|---|---|---|---|---|---|---|---|---|
| **5210** | **PENNYMAC LOAN SERVICES, LLC** | | | | | | | |
| 521-0 | PENNYMAC LOAN SERVICES, LLC | | 04/18/2023 | 2024102 | $387.21 | $0.00 | $387.21 | 04/28/2023 |
| 521-0 | PENNYMAC LOAN SERVICES, LLC | | 03/15/2023 | 2023075 | $661.72 | $0.00 | $661.72 | 03/29/2023 |
| 521-0 | PENNYMAC LOAN SERVICES, LLC | | 02/15/2023 | 2022070 | $668.77 | $0.00 | $668.77 | 02/24/2023 |
| 521-0 | PENNYMAC LOAN SERVICES, LLC | | 01/18/2023 | 2021069 | $990.27 | $0.00 | $990.27 | 02/01/2023 |
| 521-0 | PENNYMAC LOAN SERVICES, LLC | | 04/15/2021 | 1229333 | $15.10 | $0.00 | $15.10 | 04/27/2021 |
| 521-0 | PENNYMAC LOAN SERVICES, LLC | | 02/17/2021 | 1227308 | $241.25 | $0.00 | $241.25 | 03/03/2021 |
| 521-0 | PENNYMAC LOAN SERVICES, LLC | | 01/19/2021 | 1226290 | $241.24 | $0.00 | $241.24 | 02/04/2021 |
| 521-0 | PENNYMAC LOAN SERVICES, LLC | | 12/10/2020 | 1224506 | $482.48 | $0.00 | $482.48 | 01/13/2021 |
| 521-0 | PENNYMAC LOAN SERVICES, LLC | | 10/15/2020 | 1222733 | $149.54 | $0.00 | $149.54 | 10/27/2020 |
| 521-0 | PENNYMAC LOAN SERVICES, LLC | | 09/17/2020 | 1221737 | $312.40 | $0.00 | $312.40 | 09/30/2020 |
| 521-0 | PENNYMAC LOAN SERVICES, LLC | | 08/12/2020 | 1220677 | $245.20 | $0.00 | $245.20 | 09/01/2020 |
| 521-0 | PENNYMAC LOAN SERVICES, LLC | | 04/14/2020 | 1216612 | $311.33 | $0.00 | $311.33 | 04/29/2020 |
| 521-0 | PENNYMAC LOAN SERVICES, LLC | | 03/12/2020 | 1215334 | $476.26 | $0.00 | $476.26 | 04/01/2020 |
| 521-0 | PENNYMAC LOAN SERVICES, LLC | | 02/13/2020 | 1214021 | $660.73 | $0.00 | $660.73 | 03/03/2020 |

| Claim | name | Type | Date | Check # | Principal | Interest | Total DisbDescrp | Reconciled |
|---|---|---|---|---|---|---|---|---|
| 521-0 | PENNYMAC LOAN SERVICES, LLC | | 01/16/2020 | 1212666 | $660.73 | $0.00 | $660.73 | 02/10/2020 |
| 521-0 | PENNYMAC LOAN SERVICES, LLC | | 12/12/2019 | 1211304 | $660.73 | $0.00 | $660.73 | 12/26/2019 |
| 521-0 | PENNYMAC LOAN SERVICES, LLC | | 11/07/2019 | 1209936 | $99.47 | $0.00 | $99.47 | 11/26/2019 |
| 521-0 | PENNYMAC LOAN SERVICES, LLC | | 06/06/2019 | 1203430 | $919.78 | $0.00 | $919.78 | 06/19/2019 |

|  |  |  | Sub-totals: | $8,184.21 | $0.00 | $8,184.21 |
|---|---|---|---|---|---|---|
|  |  |  | Grand Total: | $8,184.21 | $0.00 | |

**Case:** 17-01654    **FRANCIS D MILLER**

**PENNYMAC LOAN SERVICES, LLC**

P.O. BOX 660929
DALLAS, TX   75266-0929

Sequence: 24
Modify:
Filed Date:
Hold Code:

Acct No: 1461 Rohlers church - PRE-AF

ARREARS - 1461 ROHLERS CHURCH

|  |  |  |  |
|---|---|---|---|
| Amt Sched: $173,147.00 | Debt: $9,184.84 | Interest Paid: $0.00 | |
| Amt Due: $0.00 | Paid: $9,184.84 | Accrued Int: $0.00 | |
|  |  | Balance Due: $0.00 | |

| Claim | name | Type | Date | Check # | Principal | Interest | Total | Reconciled |
|---|---|---|---|---|---|---|---|---|
|  |  |  |  |  |  | DisbDescrp |  |  |
| **5200** | **PENNYMAC LOAN SERVICES, LLC** | | | | | | | |
| 520-0 | PENNYMAC LOAN SERVICES, LLC | | 04/18/2023 | 2024102 | $434.56 | $0.00 | $434.56 | 04/28/2023 |
| 520-0 | PENNYMAC LOAN SERVICES, LLC | | 03/15/2023 | 2023075 | $742.61 | $0.00 | $742.61 | 03/29/2023 |
| 520-0 | PENNYMAC LOAN SERVICES, LLC | | 02/15/2023 | 2022070 | $750.54 | $0.00 | $750.54 | 02/24/2023 |
| 520-0 | PENNYMAC LOAN SERVICES, LLC | | 01/18/2023 | 2021069 | $1,111.34 | $0.00 | $1,111.34 | 02/01/2023 |
| 520-0 | PENNYMAC LOAN SERVICES, LLC | | 04/15/2021 | 1229333 | $16.96 | $0.00 | $16.96 | 04/27/2021 |
| 520-0 | PENNYMAC LOAN SERVICES, LLC | | 02/17/2021 | 1227308 | $270.73 | $0.00 | $270.73 | 03/03/2021 |
| 520-0 | PENNYMAC LOAN SERVICES, LLC | | 01/19/2021 | 1226290 | $270.74 | $0.00 | $270.74 | 02/04/2021 |
| 520-0 | PENNYMAC LOAN SERVICES, LLC | | 12/10/2020 | 1224506 | $541.47 | $0.00 | $541.47 | 01/13/2021 |
| 520-0 | PENNYMAC LOAN SERVICES, LLC | | 10/15/2020 | 1222733 | $167.82 | $0.00 | $167.82 | 10/27/2020 |
| 520-0 | PENNYMAC LOAN SERVICES, LLC | | 09/17/2020 | 1221737 | $350.60 | $0.00 | $350.60 | 09/30/2020 |
| 520-0 | PENNYMAC LOAN SERVICES, LLC | | 08/12/2020 | 1220677 | $275.17 | $0.00 | $275.17 | 09/01/2020 |
| 520-0 | PENNYMAC LOAN SERVICES, LLC | | 04/14/2020 | 1216612 | $349.40 | $0.00 | $349.40 | 04/29/2020 |
| 520-0 | PENNYMAC LOAN SERVICES, LLC | | 03/12/2020 | 1215334 | $184.47 | $0.00 | $184.47 | 04/01/2020 |
| 520-0 | PENNYMAC LOAN SERVICES, LLC | | 05/09/2019 | 1202126 | $1,373.23 | $0.00 | $1,373.23 | 05/17/2019 |

| Claim | name | Type | Date | Check # | Principal | Interest | Total DisbDescrp | Reconciled |
|---|---|---|---|---|---|---|---|---|
| 520-0 | PENNYMAC LOAN SERVICES, LLC | | 12/13/2018 | 1195662 | $349.13 | $0.00 | $349.13 | 12/21/2018 |
| 520-0 | PENNYMAC LOAN SERVICES, LLC | | 11/08/2018 | 1194263 | $349.13 | $0.00 | $349.13 | 11/19/2018 |
| 520-0 | PENNYMAC LOAN SERVICES, LLC | | 10/10/2018 | 1192914 | $1,051.88 | $0.00 | $1,051.88 | 10/19/2018 |
| 520-0 | PENNYMAC LOAN SERVICES, LLC | | 09/06/2018 | 1191567 | $374.00 | $0.00 | $374.00 | 09/14/2018 |
| 520-0 | PENNYMAC LOAN SERVICES, LLC | | 07/12/2018 | 1188888 | $221.06 | $0.00 | $221.06 | 07/20/2018 |

Payment for 7/2018

Sub-totals: $9,184.84   $0.00   $9,184.84

Grand Total: $9,184.84   $0.00