United States Bankruptcy Court
Middle District of Pennsylvania

In re:  Case No. 17-01654-HWV
Francis D Miller  Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0314-1     User: AutoDocke     Page 1 of 2
Date Rcvd: Jul 11, 2023     Form ID: fnldec     Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol**     **Definition**
\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 13, 2023:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Francis D Miller, 1461 Rohlers Church Road, Dover, PA 17315-2221 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 13, 2023     Signature:     /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 11, 2023 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Andrew M. Lubin | on behalf of Creditor Pennymac Loan Services LLC nj-ecfmail@mwc-law.com |
| Brian C Nicholas | on behalf of Creditor Pennymac Loan Services LLC bnicholas@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Jack N Zaharopoulos | TWecf@pamd13trustee.com |
| Jerome B Blank | on behalf of Creditor Pennymac Loan Services LLC pamb@fedphe.com |
| John Michael Kolesnik, III | on behalf of Creditor Pennymac Loan Services LLC jkolesnik@mwc-law.com |
| Mario J. Hanyon | on behalf of Creditor Pennymac Loan Services LLC wbecf@brockandscott.com, mario.hanyon@brockandscott.com |

| | |
|---|---|
| Mario John Hanyon | on behalf of Creditor Pennymac Loan Services LLC pamb@fedphe.com, mario.hanyon@brockandscott.com |
| Marisa Myers Cohen | on behalf of Creditor Pennymac Loan Services LLC ecfmail@mwc-law.com |
| Nicholas G. Platt | on behalf of Debtor 1 Francis D Miller ngp@mooney4law.com plattnr61895@notify.bestcase.com |
| Robert Joseph Davidow | on behalf of Creditor Pennymac Loan Services LLC r.davidow@mgplaw.com |
| Thomas Song | on behalf of Creditor Pennymac Loan Services LLC tomysong0@gmail.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 12

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

| | |
|---|---|
| Francis D Miller, **Debtor 1** | Chapter 13 |
| | Case No. 1:17−bk−01654−HWV |

Social Security No.: xxx−xx−2574

Employer's Tax I.D. No.:

# FINAL DECREE

The estate of the above named debtor(s) has been fully administered and the deposit required by the plan has been distributed.

**IT IS ORDERED THAT:**

**Jack N Zaharopoulos**

is discharged as trustee of the estate of the above named debtor(s); and the chapter 13 case of the above named debtor(s) is closed.

By the Court,

*Henry W. Van Eck*

Henry W. Van Eck, Chief Bankruptcy Judge

Dated: July 11, 2023

**fnldec** (01/22)