**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: Francis D. Miller<br>        **Debtor(s)**<br><br>**PENNYMAC LOAN SERVICES, LLC**<br>        **Movant**<br>   **vs.**<br><br>**Francis D. Miller**<br>        **Debtor(s)**<br><br>**Jack N. Zaharopoulos,**<br>        **Trustee** | **BK NO. 17-01654 HWV**<br><br>**Chapter 13**<br><br>**Related to Claim No. 2** |

**CERTIFICATE OF SERVICE**
**NOTICE OF MORTGAGE PAYMENT CHANGE**

I, Rebecca A. Solarz, of KML Law Group, P.C., certify that I am, and at all times hereinafter mentioned was, more than 18 years of age and that on April 20, 2022, I served the above captioned pleading, filed in the proceeding on the parties at the addresses shown below;

Debtor(s)
Francis D. Miller
1461 Rohlers Church Road
Dover, PA 17315

Attorney for Debtor(s)
Nicholas G. Platt, Mooney Law
230 York Street
Hanover, PA 17331

Trustee
Jack N. Zaharopoulos
8125 Adams Drive, Suite A
Hummelstown, PA 17036

Method of Service:  electronic means or first class mail

Dated: April 20, 2022

          **/s/Rebecca A. Solarz, Esquire**
          Rebecca A. Solarz, Esquire
          KML Law Group, P.C.
          BNY Mellon Independence Center
          701 Market Street, Suite 5000
          Philadelphia, PA 19106
          215-825-6327
          rsolarz@kmllawgroup.com